IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5:20-BK-02656-RNO |
| SCOTT REINHARDT, | : | CHAPTER 13 |
| DEBTOR | : | |
| SCOTT REINHARDT, | : | |
| MOVANT | : | RELATED TO DOCKET NO. 5 |
| vs. | : | HEARING DATE & TIME: |
| | : | September 30, 2020, 9:30 AM |
| CARRINGTON MORTGAGE, COMMONWEALTH FINANCIAL, HERSHEY MEDICAL CENTER, PA DEPT OF REVENUE, REGINAL ACCEPTANCE, TAMAQUA AREA SCHOOL DISTRICT, | : | |
| RESPONDENTS | : | FILED PURSUANT TO 11 U.S.C. § 362 (C) (3) |
| And | : | |
| CHARLES J. DEHART, III, ESQ. CHAPTER 13 TRUSTEE, | : | |
| ADDITIONAL RESPONDENT | : | |

## AFFIDAVIT

I, Scott Reinhardt, being first duly sworn according to law, do depose and state the following:

I have previously filed a Chapter 13 Voluntary Petition with the United States Bankruptcy Court for the Middle District of Pennsylvania at Case No 17-bk-01499. Said case was dismissed on August 20, 2020.

Since the dismissal of our Chapter 13 Bankruptcy case, my wife and I have be employed full time and we are now in a position to fully fund our Chapter 13 plan and make the monthly Trustee and mortgage payments and attend all required meeting of creditors.

Dated: September 28, 2020  /s/ Scott Reinhardt
SCOTT REINHARDT