In re:  Case No. 20-02656-RNO

Scott Reinhardt  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 08, 2020 | Form ID: ntnew341 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott Reinhardt, 177 Tower Road, New Ringgold, PA 17960-8953 |
| 5357060 | + | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 5357061 | + | DITECH FINANCIAL LLC, POB 6154, Rapid City, SD 57709-6154 |
| 5357062 | + | Hershey Medical Center, 500 University Dr, Hershey, PA 17033-2391 |
| 5357063 | + | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5357064 | + | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5357067 | + | Tamaqua Area School District, 138 W. Broad St, Tamaqua, PA 18252-1917 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5357059 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 08 2020 18:57:00 | Carrington Mortgage Services, PO box 79001, Phoenix, AZ 85062-9001 |
| 5358242 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 19:06:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5357065 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 18:57:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5357066 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 08 2020 19:06:42 | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020            Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Scott Reinhardt ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scott Reinhardt,  Chapter  13

**Debtor 1**

Case No.  5:20−bk−02656−RNO

# Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: November 23, 2020 <br> Time: 12:00 PM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: DeborahGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 8, 2020 |

ntnew341 (04/18)