# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Scott Reinhardt**
Debtor(s)

Case No. **5:20-bk-02656**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Scott Reinhardt**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **October 19, 2020**

Signature **/s/ Scott Reinhardt**
**Scott Reinhardt**
Debtor

```
Bett-A-Way Beverage Dist., Inc.          Voucher Date              Voucher Number
110 Sylvania Place                       9/2/2020                  51736
South Plainfield, NJ 07080
(908) 222-2500

*** This is not a check ***              Direct Deposit Advice

                                         Direct Deposit Amount    ****0.00

Not a check
0246 518 9/2/2020 51736

Scott Reinhardt
177 Tower Road
New Ringgold, PA 17960
```

| Scott Reinhardt | | | | September 02, 2020 | | | 51736 |
|---|---|---|---|---|---|---|---|
| Emp Id | 518 | Loc | 3055100 | Period Begin | 8/24/2020 | Net Pay | 0.00 |
| SSN | XXX-XX-3671 | Hire Date | 3/7/2016 | Period End | 8/30/2020 | | |
| | | | | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 0.00 | | 1,299.54 | 39,633.63 |
| Drivers Sick Personal | | | 0.00 | 612.00 |
| Holiday | | | 0.00 | 613.90 |
| Safety Bonus | | | 0.00 | 200.00 |
| Salary Bonus | | | 0.00 | 1,080.00 |
| Vacation | | | 0.00 | 2,057.10 |
| | 0.00 | | 1,299.54 | 44,196.63 |

### Payment Summary for Voucher 51736

| | |
|---|---|
| Total Gross Pay | 1,299.54 |
| Federal Taxes | -170.68 |
| State and Local Taxes | -45.35 |
| Other Deductions | -1,083.51 |
| Net Pay | 0.00 |
| Direct Deposits | 0.00 |
| Net Check | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-5 | 1,299.54 | 71.27 | 2,193.31 |
| Medicare | | 1,299.54 | 18.84 | 640.85 |
| OASDI | | 1,299.54 | 80.57 | 2,740.19 |
| NJ FLI - EE | | 1,299.54 | 2.07 | 70.71 |
| NJ Healthcare - EE | | 0.00 | 0.00 | |
| NJ SDI - EE | | 1,299.54 | 3.38 | 114.91 |
| NJ SUI - EE | | 0.00 | 0.00 | 135.02 |
| NJ Workforce - EE | | 0.00 | 0.00 | 15.00 |
| Pennsylvania SITW(Pennsylvania SITW) | M | 1,299.54 | 39.90 | 1,356.83 |
| | | | 216.03 | 7,266.82 |

### Additional Information

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Union | 72.00 | 643.00 |
| Garn Reinhardt | 1,011.51 | 36,214.81 |
| Assessment | 0.00 | 72.00 |
| | 1,083.51 | 36,929.81 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bett-A-Way Beverage Dist., Inc.<br>110 Sylvania Place<br>South Plainfield, NJ 07080<br>(908) 222-2500 | | | | Voucher Date<br>8/19/2020 | | Voucher Number<br>51529 | |

*** This is not a check ***

**Direct Deposit Advice**

**Direct Deposit Amount** ****0.00

Not a check
0246 518 8/19/2020 51529

Scott Reinhardt
177 Tower Road
New Ringgold, PA 17960

---

**Scott Reinhardt**  **August 19, 2020**  51529

| Emp Id | 518 | Loc | 3055100 | Period Begin | 8/10/2020 | Net Pay | 0.00 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-3671 | Hire Date | 3/7/2016 | Period End | 8/16/2020 | | |
| | | | | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 0.00 | | 1,411.05 | 37,262.73 |
| Drivers Sick Personal | | | 0.00 | 612.00 |
| Holiday | | | 0.00 | 613.90 |
| Safety Bonus | | | 0.00 | 200.00 |
| Salary Bonus | | | 0.00 | 1,080.00 |
| Vacation | | | 0.00 | 2,057.10 |
| | 0.00 | | 1,411.05 | 41,825.73 |

### Payment Summary for Voucher 51529

| | |
|---|---|
| Total Gross Pay | 1,411.05 |
| Federal Taxes | -192.60 |
| State and Local Taxes | -49.25 |
| Other Deductions | -1,169.20 |
| Net Pay | 0.00 |
| Direct Deposits | 0.00 |
| Net Check | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-5 | 1,411.05 | 84.65 | 2,078.15 |
| Medicare | | 1,411.05 | 20.46 | 606.47 |
| OASDI | | 1,411.05 | 87.49 | 2,593.20 |
| NJ FLI - EE | | 1,411.05 | 2.26 | 66.92 |
| NJ Healthcare - EE | | 0.00 | 0.00 | |
| NJ SDI - EE | | 1,411.05 | 3.67 | 108.75 |
| NJ SUI - EE | | 0.00 | 0.00 | 135.02 |
| NJ Workforce - EE | | 0.00 | 0.00 | 15.00 |
| Pennsylvania SITW(Pennsylvania SITW) | M | 1,411.05 | 43.32 | 1,284.04 |
| | | | 241.85 | 6,887.55 |

### Additional Information

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Garn Reinhardt | 1,169.20 | 34,295.18 |
| Assessment | 0.00 | 72.00 |
| Union | 0.00 | 571.00 |
| | 1,169.20 | 34,938.18 |

Direct Deposit Review - Direct Deposit Review - Direct Deposit Review - Direct Deposit Review - Direct Deposit Review - Direct Deposit Review

| Bett-A-Way Beverage Dist., Inc.<br>110 Sylvania Place<br>South Plainfield, NJ 07080<br>(908) 222-2500 | Voucher Date<br>8/5/2020 | Voucher Number<br>51324 |
|---|---|---|
| *** This is not a check *** | Direct Deposit Advice | |
| | Direct Deposit Amount | ****0.00 |

Not a check
0246 518 8/5/2020 51324

Scott Reinhardt
177 Tower Road
New Ringgold, PA 17960

Direct Deposit Review - Direct Deposit Review - Direct Deposit Review - Direct Deposit Review - Direct Deposit Review - Direct Deposit Review

**Scott Reinhardt**  **August 05, 2020**  **51324**

| Emp Id | 518 | Loc | 3055100 | Period Begin | 7/27/2020 | Net Pay | 0.00 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-3671 | Hire Date | 3/7/2016 | Period End | 8/2/2020 | | |
| | | | | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 0.00 | | 1,384.10 | 35,851.68 |
| Drivers Sick Personal | | | 0.00 | 612.00 |
| Holiday | | | 0.00 | 613.90 |
| Safety Bonus | | | 0.00 | 200.00 |
| Salary Bonus | | | 0.00 | 1,080.00 |
| Vacation | | | 0.00 | 1,233.50 |
| | 0.00 | | 1,384.10 | 39,591.08 |

### Payment Summary for Voucher 51324

| | |
|---|---|
| Total Gross Pay | 1,384.10 |
| Federal Taxes | -187.31 |
| State and Local Taxes | -48.31 |
| Other Deductions | -1,148.48 |
| Net Pay | 0.00 |
| Direct Deposits | 0.00 |
| Net Check | 0.00 |

### Taxes

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-5 | 1,384.10 | 81.42 | 1,975.37 |
| Medicare | | 1,384.10 | 20.07 | 574.07 |
| OASDI | | 1,384.10 | 85.82 | 2,454.65 |
| NJ FLI - EE | | 1,384.10 | 2.22 | 63.35 |
| NJ Healthcare - EE | | 0.00 | 0.00 | |
| NJ SDI - EE | | 1,384.10 | 3.60 | 102.94 |
| NJ SUI - EE | | 0.00 | 0.00 | 135.02 |
| NJ Workforce - EE | | 0.00 | 0.00 | 15.00 |
| Pennsylvania SITW (Pennsylvania SITW) | M | 1,384.10 | 42.49 | 1,215.44 |
| | | | 235.62 | 6,535.84 |

### Additional Information

### Other Deductions from Pay

| | Current Amt | Ytd Amt |
|---|---|---|
| Union | 72.00 | 571.00 |
| Garn Reinhardt | 1,076.48 | 32,412.24 |
| Assessment | 0.00 | 72.00 |
| | 1,148.48 | 33,055.24 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bett-A-Way Beverage Dist., Inc. | | | | Voucher Date | | Voucher Number | |
| 110 Sylvania Place | | | | 7/29/2020 | | 51220 | |
| South Plainfield, NJ 07080 | | | | | | | |
| (908) 222-2500 | | | | | | | |

*** This is not a check ***

**Direct Deposit Advice**

**Direct Deposit Amount**          ****0.00

Not a check
0246 518 7/29/2020 51220

**Scott Reinhardt**
177 Tower Road
New Ringgold, PA 17960

---

Scott Reinhardt        **July 29, 2020**        51220

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Emp Id | 518 | Loc | 3055100 | Period Begin | 7/20/2020 | Net Pay | 0.00 |
| SSN | XXX-XX-3671 | Hire Date | 3/7/2016 | Period End | 7/26/2020 | | |
| | | | | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 0.00 | | 1,374.06 | 34,467.58 |
| Drivers Sick Personal | | | 0.00 | 612.00 |
| Holiday | | | 0.00 | 613.90 |
| Safety Bonus | | | 0.00 | 200.00 |
| Salary Bonus | | | 0.00 | 1,080.00 |
| Vacation | | | 0.00 | 1,233.50 |
| | 0.00 | | 1,374.06 | 38,206.98 |

### Payment Summary for Voucher 51220

| | |
|---|---|
| Total Gross Pay | 1,374.06 |
| Federal Taxes | -185.32 |
| State and Local Taxes | -47.95 |
| Other Deductions | -1,140.79 |
| Net Pay | 0.00 |
| Direct Deposits | 0.00 |
| Net Check | 0.00 |

### Taxes

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-5 | 1,374.06 | 80.21 | 1,893.95 |
| Medicare | | 1,374.06 | 19.92 | 554.00 |
| OASDI | | 1,374.06 | 85.19 | 2,368.83 |
| NJ FLI - EE | | 1,374.06 | 2.20 | 61.13 |
| NJ Healthcare - EE | | 0.00 | 0.00 | |
| NJ SDI - EE | | 1,374.06 | 3.57 | 99.34 |
| NJ SUI - EE | | 0.00 | 0.00 | 135.02 |
| NJ Workforce - EE | | 0.00 | 0.00 | 15.00 |
| Pennsylvania SITW (Pennsylvania SITW) | M | 1,374.06 | 42.18 | 1,172.95 |
| | | | 233.27 | 6,300.22 |

### Other Deductions from Pay

| | Current Amt | Ytd Amt |
|---|---|---|
| Garn Reinhardt | 1,140.79 | 31,335.76 |
| Assessment | 0.00 | 72.00 |
| Union | 0.00 | 499.00 |
| | 1,140.79 | 31,906.76 |

| Bett-A-Way Beverage Dist., Inc. | | Voucher Date | Voucher Number |
|---|---|---|---|
| 110 Sylvania Place | | 7/22/2020 | 51110 |
| South Plainfield, NJ 07080 | | | |
| (908) 222-2500 | | | |

*** This is not a check ***

**Direct Deposit Advice**

**Direct Deposit Amount** ****0.00

Not a check
0246 518 7/22/2020 51110

Scott Reinhardt
177 Tower Road
New Ringgold, PA 17960

---

**Scott Reinhardt**  **July 22, 2020**  **51110**

| Emp Id | 518 | Loc | 3055100 | Period Begin | 7/13/2020 | Net Pay | 0.00 |
|---|---|---|---|---|---|---|---|
| SSN | XXX-XX-3671 | Hire Date | 3/7/2016 | Period End | 7/19/2020 | | |
| | | | | Check Type | Regular | | |

### Earnings Summary

| Total Gross Pay | Hours | Rate | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Regular | 0.00 | | 1,427.75 | 33,093.52 |
| Drivers Sick Personal | | | 0.00 | 612.00 |
| Holiday | | | 0.00 | 613.90 |
| Safety Bonus | | | 0.00 | 200.00 |
| Salary Bonus | | | 0.00 | 1,080.00 |
| Vacation | | | 0.00 | 1,233.50 |
| | 0.00 | | 1,427.75 | 36,832.92 |

### Payment Summary for Voucher 51110

| Total Gross Pay | 1,427.75 |
|---|---|
| Federal Taxes | -195.89 |
| State and Local Taxes | -49.83 |
| Other Deductions | -1,182.03 |
| Net Pay | 0.00 |
| Direct Deposits | 0.00 |
| Net Check | 0.00 |

| Taxes | Status | Taxable | Current Amt | Ytd Amt |
|---|---|---|---|---|
| Federal Income Tax | M-5 | 1,427.75 | 86.66 | 1,813.74 |
| Medicare | | 1,427.75 | 20.71 | 534.08 |
| OASDI | | 1,427.75 | 88.52 | 2,283.64 |
| NJ FLI - EE | | 1,427.75 | 2.28 | 58.93 |
| NJ Healthcare - EE | | 0.00 | 0.00 | |
| NJ SDI - EE | | 1,427.75 | 3.72 | 95.77 |
| NJ SUI - EE | | 0.00 | 0.00 | 135.02 |
| NJ Workforce - EE | | 0.00 | 0.00 | 15.00 |
| Pennsylvania SITW(Pennsylvania SITW) | M | 1,427.75 | 43.83 | 1,130.77 |
| | | | 245.72 | 6,066.95 |

### Additional Information

| Other Deductions from Pay | Current Amt | Ytd Amt |
|---|---|---|
| Garn Reinhardt | 1,182.03 | 30,194.97 |
| Assessment | 0.00 | 72.00 |
| Union | 0.00 | 499.00 |
| | 1,182.03 | 30,765.97 |