In re:  Case No. 20-02656-RNO

Scott Reinhardt  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Nov 24, 2020 | Form ID: ntcnfhrg | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 26, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott Reinhardt, 177 Tower Road, New Ringgold, PA 17960-8953 |
| 5357060 | + | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 5357061 | + | DITECH FINANCIAL LLC, POB 6154, Rapid City, SD 57709-6154 |
| 5357062 | + | Hershey Medical Center, 500 University Dr, Hershey, PA 17033-2391 |
| 5357063 | + | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5357064 | + | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5367520 | + | Radius Global Solutions, PO BOX 390905, Minneapolis, MN 55439-0905 |
| 5367521 | + | Radiusa Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5357067 | + | Tamaqua Area School District, 138 W. Broad St, Tamaqua, PA 18252-1917 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5357059 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 24 2020 19:06:00 | Carrington Mortgage Services, PO box 79001, Phoenix, AZ 85062-9001 |
| 5373949 | + | Email/Text: BKBCNMAIL@carringtonms.com | Nov 24 2020 19:06:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 5358242 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 19:05:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5357065 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 24 2020 19:06:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5357066 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Nov 24 2020 19:05:34 | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5367514 | *+ | Carrington Mortgage Services, PO box 79001, Phoenix, AZ 85062-9001 |
| 5367515 | *+ | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 5367516 | *+ | DITECH FINANCIAL LLC, POB 6154, Rapid City, SD 57709-6154 |
| 5367517 | *+ | Hershey Medical Center, 500 University Dr, Hershey, PA 17033-2391 |
| 5367518 | *+ | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5367519 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5367522 | *+ | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 5367523 | *+ | Tamaqua Area School District, 138 W. Broad St, Tamaqua, PA 18252-1917 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 26, 2020      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Scott Reinhardt ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
|---|---|---|
| Scott Reinhardt, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20−bk−02656−RNO |

# Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **December 30, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 6, 2021 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ChristinaKovach, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 24, 2020 |

ntcnfhrg (03/18)