In re:                                                             Case No. 20-02656-MJC

Scott Reinhardt                                     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                             User: AutoDocke                                     Page 1 of 2

Date Rcvd: Apr 06, 2022                    Form ID: ordsmiss                               Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott Reinhardt, 177 Tower Road, New Ringgold, PA 17960-8953 |
| 5357061 | + | DITECH FINANCIAL LLC, POB 6154, Rapid City, SD 57709-6154 |
| 5357062 | + | Hershey Medical Center, 500 University Dr, Hershey, PA 17033-2391 |
| 5357063 | + | KML, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5357064 | + | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5357067 | + | Tamaqua Area School District, 138 W. Broad St, Tamaqua, PA 18252-1917 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5357059 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 06 2022 18:37:00 | Carrington Mortgage Services, PO box 79001, Phoenix, AZ 85062-9001 |
| 5373949 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 06 2022 18:37:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 5357060 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Apr 06 2022 18:37:00 | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 5358242 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 18:38:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5357065 | | EDI: PENNDEPTREV | Apr 07 2022 01:23:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5357065 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 06 2022 18:38:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5367520 | + | EDI: PINNACLE.COM | Apr 07 2022 01:13:00 | Radius Global Solutions, PO BOX 390905, Minneapolis, MN 55439-0905 |
| 5367521 | + | EDI: PINNACLE.COM | Apr 07 2022 01:13:00 | Radiusa Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5357066 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 06 2022 18:38:48 | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5367514 | *+ | Carrington Mortgage Services, PO box 79001, Phoenix, AZ 85062-9001 |
| 5367515 | *+ | Commonwealth Financial, 245 Main Street, Scranton, PA 18519-1641 |
| 5367516 | *+ | DITECH FINANCIAL LLC, POB 6154, Rapid City, SD 57709-6154 |
| 5367517 | *+ | Hershey Medical Center, 500 University Dr, Hershey, PA 17033-2391 |
| 5367518 | *+ | KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |

| | | |
|---|---|---|
| 5367519 | * | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0496 |
| 5367522 | *+ | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 5367523 | *+ | Tamaqua Area School District, 138 W. Broad St, Tamaqua, PA 18252-1917 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Scott Reinhardt ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-13 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Scott Reinhardt,<br>**Debtor 1** | Chapter 13<br><br>Case No. 5:20−bk−02656−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: April 6, 2022

ordsmiss (05/18)